United States District Court
Southern District of Texas
**ENTERED**
November 02, 2016
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—**

| | | |
|---|---|---|
| CARLOS ROGELIO RIVAS, § | | |
| Petitioner, § | | |
| § | | |
| VS. § | | CIVIL ACTION NO. B-16-161 |
| § | | CRIMINAL NO. B-15-610-1 |
| UNITED STATES OF AMERICA, § | | |
| Respondent. § | | |

# ORDER

On October 6, 2016, the United States Magistrate Judge filed a Report and Recommendation [Doc. No. 5]. Petitioner has objected to said Report and Recommendation [Doc. No. 8].

Having considered *de novo* the Magistrate Judge's Report and Recommendation and the issues raised by Petitioner's objections, the Court orders that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, it is ordered that Petitioner Carlos Rogelio Rivas' Motion to Vacate, Set Aside or Correct his Sentence pursuant to 28 U.S.C. § 2255 [Doc. No. 1] is denied as meritless, and the Certificate of Appealability is denied.

Signed this 2nd day of November, 2016.

Andrew S. Hanen
United States District Judge